# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-876
Lower Tribunal No. 2022DR-001972-0000-00

_____

MATTHEW LAUDIEN,

Appellant,

v.

TANIA RIVERA-LAUDIEN,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Torea Spohr, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Mark A. Neumaier, Tampa, for Appellant.

Jean M. Henne, of Jean M. Henne, P.A., Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED